IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01842-EWN-MEH

MONSEL DUNGEN,

       Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO,

       Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Nottingham, Chief Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and

dismissing the action. The court has reviewed the file and finds that a certificate of appealability

pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial

showing of the denial of a constitutional right. Accordingly, it is

    **ORDERED** that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 16th day of September, 2008.

                  BY THE COURT:


                  s/ Edward W. Nottingham
                  CHIEF UNITED STATES DISTRICT JUDGE