IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 19 2016

JEFFREY P. COLWELL
CLERK

CIVIL ACTION NO. 05-cv-01842-EWN-MEH

MONSEL DUNGEN,

    Petitioner,

vs.

AL ESTEP and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

    DATED this 17th day of February, 2016.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01842-EWN-MEH

District Court, City and County of Denver
1437 Bannock Street, Room 256
Denver, CO 80202

Monsel Dungen
# 66057
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

Roger Griffin Billotte - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


     I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  2/19/2016  .


     JEFFREY P. COLWELL, CLERK

     By: s/ D. Berardi
         Deputy Clerk